UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Willie H. Smith,

       Plaintiff,                                     Case No. 08-14308

v.                                                  Hon. Nancy G. Edmunds

Chase Manhattan Mortgage Corp.,
First Property Financial, Inc., and
Mortgage Electronic Registration
Systems, Inc.,

       Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that Defendants' motion for summary judgment is GRANTED, and the case is hereby DISMISSED pursuant to the Rooker-Feldman doctrine and res judicata.

       SO ORDERED.

                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated:  May 29, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 29, 2009, by electronic and/or ordinary mail.

                                          s/Carol A. Hemeyer
                                          Case Manager